**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
(Caption in Compliance with D.N.J. LBR 9004-2(c)

**FOX ROTHSCHILD LLP**
(Formed in the Commonwealth of Pennsylvania)
Hal L. Baume, Esquire (HB 6668)
Joseph R. Zapata, Jr., Esquire (JZ 0671)
Princeton Pike Corporate Center
997 Lenox Drive, 3rd Floor
Lawrenceville, NJ 08648
(609) 896-3600; (609) 896-1469 (fax)
hbaume@foxrothschild.com
jzapata@foxrothschild.com
*Proposed Counsel for Debtor and Debtor-in-Possession*

*Order Filed on 4/5/2010 by Clerk U.S. Bankruptcy Court District of New Jersey*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| In re: | Chapter 11 |
|---|---|
| FOUR SEASONS WINES & LIQUORS, LLC, | Case No. 10-16989 (MBK) |
| Debtor. | |

Recommended Local Form:   ☐  Followed       ■  Modified

**ORDER AUTHORIZING THE RETENTION OF FOX ROTHSCHILD LLP AS
ATTORNEYS FOR THE DEBTOR**

The relief set forth on the following pages numbered 2 through 3, is hereby **ordered**.

**DATED: 4/5/2010**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Four Seasons Wines & Liquors, LLC

Case No. 10-16989 (MBK)

Applicant: Debtor

☐ Trustee:  ☐ Chapter 7  ☐ Chapter 11  ☐ Chapter 13

■ Debtor:  ■ Chapter 11  ☐ Chapter 13

☐ Official Committee of Unsecured Creditors

Professional: Fox Rothschild LLP

■ Attorney for:

☐ Trustee  ■ Debtor-in-Possession

☐ Official Committee of Unsecured Creditors

☐ Accountant for:

☐ Trustee  ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

☐ Other (specify): _____

_____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the professional, Fox Rothschild LLP, to act as its general bankruptcy counsel.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3. The effective date of the retention is March 11, 2010, the date these proceedings commenced.

LV1 1179298v1 03/25/10

*Approved by Judge Michael Kaplan April  05, 2010*