TEICH, GROH
691 State Highway 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
BARRY W. FROST, ESQUIRE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In the Matter of:

**FOUR SEASONS WINES & LIQUORS, LLC,**

Debtor(s).

Chapter 11

Case No. 10-16989-MBK

### SUBSTITUTION OF ATTORNEY

The undersigned hereby consent to the substitution of Teich Groh, as attorneys for the debtor in the above captioned matter.

| | |
|---|---|
| TEICH GROH | FOX ROTHSCHILD, LLP |
| Superseding Attorneys | Withdrawing Attorneys |
| /s/ Barry W. Frost | /s/ Joseph R. Zapata, Jr. |
| Barry W. Frost, Esquire | Joseph R. Zapata, Jr., Esquire |