| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Teich Groh<br>691 Route 33<br>Trenton NJ 08610<br>Phone: (609) 890-1500<br>BARRY W. FROST, ESQUIRE | |
|---|---|
| In Re:<br><br>FOUR SEASONS WINES & LIQUORS, LLC | Case No.: 10-16989-MBK<br>Judge: Michael B. Kaplan<br>Chapter: 11 |

Order Filed on 5/3/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF TEICH GROH

The relief set forth on the following pages, numbered two (2) and two (2) is hereby **ORDERED**.

**DATED: 5/3/2010**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: __FOUR SEASONS WINES & LIQUORS, LLC__

Case No.: __10-16989-MBK__

Applicant: __FOUR SEASONS WINES & LIQUORS, LLC__

- ☐ Trustee:   ☐ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
- ☒ Debtor:   ☒ Chapter 11   ☐ Chap. 13
- ☐ Official Committee of _____

Professional: __TEICH GROH__

☒ Attorney for:
- ☐ Trustee   ☒ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee   ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Other Professional:
- ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, __FOUR SEASONS WINES & LIQUORS, LLC__, is authorized to retain the professional, __TEICH GROH__ to act as __attorneys for the debtor.__

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

2

*Approved by Judge Michael Kaplan May 03, 2010*