Order Filed on
5/3/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Teich Groh
691 Route 33
Trenton NJ 08610
Phone: (609) 890-1500
BARRY W. FROST, ESQUIRE

In Re:

FOUR SEASONS WINES & LIQUORS, LLC

Case No.: 10-16989-MBK

Judge: Michael B. Kaplan

Chapter: 11

Recommended Local Form:    ☒Followed    ☐Modified

## ORDER AUTHORIZING RETENTION OF TEICH GROH

The relief set forth on the following pages, numbered two (2) and two (2) is hereby ORDERED.

**DATED: 5/3/2010**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:     <u>FOUR SEASONS WINES & LIQUORS, LLC</u>
Case No.:   <u>10-16989-MBK</u>
Applicant:   <u>FOUR SEASONS WINES & LIQUORS, LLC</u>

   ☐ Trustee:   ☐ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
   ☒ Debtor:   ☒ Chapter 11   ☐ Chap. 13
   ☐ Official Committee of _____

Professional:   <u>TEICH GROH</u>

   ☒ Attorney for:
      ☐ Trustee   ☒ Debtor-in-Possession
      ☐ Official Committee of _____

   ☐ Accountant for:
      ☐ Trustee   ☐ Debtor-in-Possession
      ☐ Official Committee of _____

   ☐ Other Professional:
      ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
      ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, <u>FOUR SEASONS WINES & LIQUORS, LLC</u>, is authorized to retain the professional, <u>TEICH GROH</u> to act as <u>attorneys for the debtor.</u>

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

2

*Approved by Judge Michael Kaplan May 03, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: smather              Page 1 of 1           Date Rcvd: May 03, 2010
Case: 10-16989                Form ID: pdf903            Total Noticed: 1

The following entities were noticed by first class mail on May 05, 2010.
db           +Four Seasons Wines & Liquors LLC,   1021 Saint Georges Ave,    Colonia, NJ 07067-4021
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2010**                    **Signature:** *Joseph Speetjens*