**MARSHALL & QUENTZEL, L.L.C.**
**155 Willowbrook Boulevard**
**Wayne, New Jersey 07470**
**(973) 812-4499**
**Robert M. Marshall (RM5641)**
**Attorneys for**
**Greenwood Plaza, Inc.**

| | |
|---|---|
| _____ : | UNITED STATES BANKRUPTCY COURT |
| In the Matter of:                       : | DISTRICT OF NEW JERSEY |
|                                                 : | |
|                                                 : | Case No. 10-16989(MBK) |
| Four Seasons Wines              : | |
| & Liquors LLC                        : | |
|                                                 : | Chapter 11 |
|                                                 : | |
|                 Debtor.               : | |
|                                                 : | NOTICE OF APPEARANCE & |
| _____ : | DEMAND FOR SERVICE |

   **PLEASE TAKE NOTICE** that the law firm of Marshall & Quentzel, L.L.C. appears for and on behalf of Greenwood Plaza, Inc., a creditor and a party-in-interest in this case or any related adversary proceeding.

   **PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rules of Bankruptcy Procedure 9010, 9007 and 2002 and Section 1109(b) of the Bankruptcy Code, Marshall & Quentzel, L.L.C. requests that all notices, correspondence, pleadings and other documents filed in the bankruptcy be given to and served at the following office: Robert M. Marshall, Esq., Marshall & Quentzel, L.L.C., 155 Willowbrook Boulevard, Wayne, New Jersey 07470, (973) 812-4499 telephone, (973) 812-4489 telecopier, [rmarshall@mqlaw.net](mailto:rmarshall@mqlaw.net), email.

   **PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers, is without prejudice to  Greenwood Plaza, Inc.'s rights, remedies and claims against other entities or any objection that may be made to the subject

matter jurisdiction of the Court and shall not be deemed or construed to be waivers of any objection thereto nor shall it be deemed or construed to submit Greenwood Plaza, Inc. to the jurisdiction of the Court.  All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a Motion seeking abstention or withdrawal of the case or a proceeding therein.

**MARSHALL & QUENTZEL, L.L.C.**
**Attorneys for**
**Greenwood Plaza, Inc.**


By: /s/ Robert M. Marshall
    Robert M. Marshall, Esq.

**Dated: May 24, 2010**

-2-